PER CURIAM.
 

 Appellant, an inmate of the state correctional system, seeks review of a final declaratory judgment holding that Florida Administrative Code Rule 23-21.0155, addressing extraordinary review by the Flor
 
 *475
 
 ida Parole Commission of a prisoner’s eligibility for parole, is a valid exercise of delegated legislative authority, and an earlier interlocutory order denying appellant’s motion to waive the filing fee. We affirm the final declaratory judgment without further discussion. However, based on
 
 Florida Parole Commission v. Spagiano,
 
 48 So.3d 714 (Fla.2010), we reverse the order denying appellant’s motion to waive the filing fee.
 

 AFFIRMED IN PART and REVERSED IN PART.
 

 BENTON, C.J., WEBSTER, and VAN NORTWICK, JJ., concur.